JS 44 (Rev. 06/17)    District of Colorado

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
HALINA C. MORLEY

**(b)** County of Residence of First Listed Plaintiff: **WELD**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE LITIGANT

## DEFENDANTS
COUNTY OF WELD, DOES 1-100

County of Residence of First Listed Defendant: **WELD**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
VIOLATION OF CIVIL RIGHTS UNDER, BUT NOT LIMITED TO, 1ST AND 14TH AMENDMENTS TO US CONSTI

AP Docket

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 10,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 02/21/2020
SIGNATURE OF ATTORNEY OF RECORD
HALINA C. MORLEY, PRO SE LITIGANT

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    19-cv-03534-GPG
(To be supplied by the court)

Halina C. Morley _____, Plaintiff

v.

Weld County, CO, et al. _____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Halina C. Morley; 200 N. 35th Ave. #145, Greeley, CO 80634-1177
(Name and complete mailing address)

(970) 451-2640; paintmecowgirl@hotmail.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: WELD COUNTY, CO; Weld County, P.O.Box 758, Greeley, CO 80631
(Name and complete mailing address)

(970) 400-4000
(Telephone number and e-mail address if known)

Defendant 2: WELD COUNTY, CO DHS; 315 N. 11th Ave., Greeley, CO 80631
(Name and complete mailing address)

(970) 352-1551
(Telephone number and e-mail address if known)

Defendant 3: ELIZABETH BOAZ; 315 N. 11th Ave., Greeley, CO 80631
(Name and complete mailing address)

(970) 352-1551
(Telephone number and e-mail address if known)

Defendant 4: Staci DeVore; (970) 352-1551
(Name and complete mailing address)

(970) 352-1551
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Please see attached
_____

_____

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Please see attached

Supporting facts:

CLAIM TWO: Please see attached

Supporting facts:

5

### E.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

### F.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

02/21/2020
(Date)

(Revised December 2017)

6

B. DEFENDANT(S) INFORMATION.

DEFENDANT 5: ROBYN OVERMYER

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 6: HEATHER WALKER

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 7 JAMIE ULRICH

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 8: JUDY GRIEGO

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 9: ANDREW CORDOVA

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 10: TOMAS RODRIQUEZ

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 11: KYLE RAGLAND

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 12: GABRIELLE ARREOLA

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 13: KEITH WAWRZYNIAK

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 14: JILL BECK

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 15: JOHN DOUGLAS HAINLEY

    c/o WELD COUNTY, CO DHS

    315 N. 11th Ave., Greeley, CO 80631

    (970) 352-1551

DEFENDANT 16: ERIN CLARK

    c/o Weld County, CO Court

    901 9th Ave., Greeley, CO 80631

    (970) 475-2400

DEFENDANT 17: TROY HAUS

    c/o Weld County, CO Court

    901 9th Ave., Greeley, CO 80631

    (970) 475-2400

DEFENDANT 18: ELIZABETH STROBEL

    2026 26TH AVE GREELEY, CO 80634

DEFENDANT 19: RYAN KAMADA

    409 Whitney HBR, Windsor, CO 80550

DEFENDANT 20: JULIE GARDNER

    c/o INSPIRED PATHWAY COUNSELING SERVICES LLC

    1228 8th St., Greeley, CO 80631

    (970) 356-8482

DEFENDANT 21: BARRY LINDSTROM

    c/o Pathways Family Wellness

    3211 W. 20th St. Suite D, Greeley, CO 80634

DEFENDANT 22: CITY OF GREELEY, CO

    1000 10TH ST., Greeley, CO 80631

    (970) 350-9757

DEFENDANT 23: GREELEY POLICE DEPARTMENT

    2875 W. 10th St., Greeley, CO 80634

    (970) 350-9605

DEFENDANT 24: JOHN BARBER

    c/o Greeley Police Department, Badge # 226

    2875 W. 10th St., Greeley, CO 80634

    (970) 350-9605

DEFENDANT 25: PATRICIA MOELLMER

    3219 39th Ave., Evans, CO 80620

DEFENDANT 26: LUTHERAN FAMILY SERVICES

    800 8th Ave., Greeley, CO 80631

    (970)356-6751

DEFENDANT 27: TAMMY FISCHER

    c/o Lutheran Family Services

    800 8th Ave., Greeley, CO 80631

    (970)356-6751; tammyfischer@lfsrm.org

DEFENDANT 28: AMBER ONTIVEROS

    c/o Lutheran Family Services

    800 8th Ave., Greeley, CO 80631

    (970)356-6751; amberontiveros@lfsrm.org

DEFENDANT 29: FRIENDLY VILLAGE MOBILE HOME PARK

    c/o AMC FRIENDLY VILLAGE LLC

    200 N. 35th Ave., Greeley, CO 80634

DEFENDANT 30: BEN TORRES

    c/o AMC FRIENDLY VILLAGE LLC

    200 N. 35th Ave., Greeley, CO 80634

DEFENDANT 31: WELD COUNTY ATTORNEY'S OFFICE

    1150 O ST. Greeley, CO 80631

    (970) 400-4000

DEFENDANT 32: LINDA GOFF

    c/o Weld County Attorney's Office

    1150 O ST. Greeley, CO 80631

    (970) 400-4000

DEFENDANT 33: ASHLEY HUGHES

    c/o Weld County Attorney's Office

    1150 O ST. Greeley, CO 80631

    (970) 400-4000

DEFENDANT 34: ROBERT WIEST

    801 8th St., Greeley, CO 80631

    (970) 888-3777

DEFENDANT 35: KATHRYN GOLDSTEIN

    c/o Martin and Reed, LLC

    800 N. 8th Ave. #202, Greeley, CO 80631

    (970) 573-7749

DEFENDANT 36: LISA WEIBEL

    800 N 8th Ave #217, Greeley, CO 80631

    (970) 978-4985

DEFENDANT 37: NORTH RANGE BEHAVIORAL SERVICES

    1300 N. 17th Ave., Greeley, CO 80631

    (970) 347-2120

DEFENDANT 38: LUCERO CASTRO-FREDERICK

       c/o North Range Behavioral Health

       2350 W. 3rd St. Rd., Greeley, CO 80631

       (970) 371-2120

**DEFENDANT 39: AMBER SCHLEDEWITZ**

       c/o North Range Behavioral Health

       1300 N. 17th Ave., Greeley, CO 80631

       (970) 347-2120

**DEFENDANT 40: NORTH COLORADO HEALTH ALLIANCE**

       2930 11TH Ave., Evans, CO 80620

       (970) 350-4673

**DEFENDANT 41: CYNTHIA (CINDY) SCHMIDT**

       c/o North Colorado Health Alliance

       2930 11TH Ave., Evans, CO 80620

       (970) 350-4673

**DEFENDANT 42: MANDY HARTSHORN**

       c/o North Colorado Health Alliance

       2930 11TH Ave., Evans, CO 80620

       (970) 350-4673

**DEFENDANT 43: JOANNA CRAVEN MARTINSON**

       c/o North Colorado Health Alliance

       2930 11TH Ave., Evans, CO 80620

       (970) 350-4673

**DEFENDANT 44: GRIFFITH CENTERS FOR CHILDREN**

       710 11TH Ave. Unit # L-46, Greeley, CO 80631

       (970) 888-3550

**DEFENDANT 45: CAMMY (WASHINGTON) JELINEK**

       c/o Griffith Centers For Children

       710 11TH Ave. Unit # L-46, Greeley, CO 80631

       (970) 888-3550

**DEFENDANT 46: ASHLEY TITUS**

       c/o WELD COUNTY, CO DHS

       315 N. 11th Ave., Greeley, CO 80631

       (970) 352-1551

DEFENDANT 47: EVANS POLICE DEPARTMENT

       1100 37TH ST., Evans, CO 80620

       (970) 339-2441

DEFENDANT 48: JOHN DOES 1-100

DEFENDANT 49: JANE DOES 1-100

C. JURISDICTION

Federal question pursuant to 28 U.S.C. 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Violations of Constitutional rights under U.S.C. 1983, to include, but not be limited to, unwarranted seizure; breach of duties imposed under special relationship; Monell-related claims; withholding of and deception in the presentation of evidence; failure to provide dependent minor continued safety and security and even minimally adequate care; breach of mandatory duties; failure to preserve parental rights and protections in the care and control of the minor child; failure to notify petitioning parent of (non)emergency-related court appearances; failure to provide due process to petitioning parent.

E. REQUEST FOR RELIEF.

1. For general damages in an amount in accordance with proof, within jurisdictional limits of the court, and;
2. For special damages in an amount in accordance with proof, within the jurisdictional limits of the court, and;
3. For punitive damages as against WELD COUNTY, CO, et al., and;
4. For any and all costs of suit incurred herein, including attorney's fees pursuant to 42 U.S.C. section 1988, and;
5. For such other and further damages as provided by law, or such further relief that the court may deem just and proper.